*B. Nicholson,* for plaintiff; *L. C. Caldwell,* for defendant. *Per Curiam:* Affirmed.

L. D. LOWE v. JAMES HARRIS ET AL., from Wilkes; *Finley & Greene,* for plaintiff; *R. N. Hackett* and *W. W. Barber,* for defendant. *Per Curiam:* Affirmed.

W. R. SPRINKLE v. J. M. WELLBORN, from Wilkes; *T. B. Finley, Shepherd* and *Womack,* for plaintiff; *Glenn, Manly & Hendren* and *W. W. Barber,* for defendant. *Per Curiam:* New Trial.

M. A. JOHNSON ET AL. v. P. E. SLATE, from Stokes; *W. W. King,* for plaintiff; *Watson, Buxton & Watson,* for defendant. *Per Curiam:* Affirmed.

J. W. VICKERS v. MARTHA E. VICKERS, from Wilkes; *T. B. Finley,* for plaintiff; *W. W. Barber,* for defendant. *Per Curiam:* Affirmed.

D. G. HELTON v. A. & C. A. L. RAILWAY Co., from Mecklenburg; *Maxwell & Keerans,* for plaintiff; *George F. Bason,* for defendant. *Per Curiam:* Affirmed.

A. H. FRAZIER v. J. R. WILKES, from Mecklenburg; *Maxwell & Keerans,* for plaintiff; *Burwell & Cansler* and *Jones & Tillett,* for defendant. *Per Curiam:* Affirmed.

I. A. ALEXANDER v. CANNON MFG. Co., from Cabarrus; *M. H. Caldwell* and *L. T. Hartsell,* for plaintiff; *Jones & Tillett,* for defendant. *Per Curiam:* Affirmed.

M. E. CHURCH v. DAN YATES, from Watauga; *R. Z. Linney,* for plaintiff; *L. D. Lowe* and *W. C. Newland,* for defendant. *Per Curiam:* Affirmed.

WESLEY WATTS v. CAROLINA & NORTHWESTERN RY. Co., from Caldwell; *Edmund Jones,* for plaintiff; *J. H. Marion* and *W. C. Newland,* for defendant. *Per Curiam:* Affirmed.

STATE v. THOMAS BIRD, from Henderson; *Attorney-General,* for State; *Toms & Rector,* for defendant. *Per Curiam:* Affirmed.